DAVID CHIU, State Bar # 189542
City Attorney
CECILIA T. MANGOBA, State Bar #169007
Chief Labor Attorney
ADAM SHAPIRO, State Bar 267429
Deputy City Attorneys
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4285
E-Mail:        adam.shapiro@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

| | |
|---|---|
| SHAWN HOLLE., an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>EDWARD OCHI, an Individual, DEPARTMENT OF PUBLIC HEALTH, CITY AND COUNTY OF SAN FRANCISCO and DOES 1 to 100, INCLUSIVE,<br><br>    Defendants. | Case No. 3:24-CV-06263-AGT<br><br>**DECLARATION OF EDWARD OCHI RE COURT ORDERED DEPOSITION OF PLAINTIFF SHAWN HOLLE** |

I, Edward Ochi, declare as follows:

1. I have personal knowledge of the facts in this declaration, and if called upon to testify, I could and would testify competently to the facts contained herein.

2. On May 29, 2025 I attended a town hall meeting held by Rep. Sam Liccardo in Pacifica, California, which took place between 7:30 pm and 9:00 pm. I went to the meeting out of personal interest, and had no idea that Shawn Holle would be present at the meeting when I decided to go.

3. I observed Mr. Holle attend the aforementioned town hall meeting. Mr. Holle sat in the row in front of me during the meeting, and was present for the entire meeting. Mr. Holle appeared to be perfectly well at the meeting. Mr. Holle vigorously clapped throughout the town hall meeting.

4. I did not engage with Mr. Holle at the meeting. I do not know if Mr. Holle observed me, as he was sitting in front of me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of June 2025, in Pacifica, California.

_____
EDWARD OCHI

2

Decl. of Edward Ochi re Joint Discovery Statement
CASE NO. 3:24-CV-06263-AGT
n:\labor\li2023\210326\01835463.docx